IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VARGAS,<br><br>           Petitioner,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Respondent. | No. CV-F-05-885 REC<br>(No. CR-F-97-5064 REC)<br><br>ORDER DENYING PETITIONER'S<br>MOTION TO VACATE, SET ASIDE<br>OR CORRECT SENTENCE PURSUANT<br>TO 28 U.S.C. § 2255 AND<br>DIRECTING ENTRY OF JUDGMENT<br>FOR RESPONDENT |

On July 7, 2005, petitioner Michael Vargas filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. Defendant contends that he is entitled to relief under United States v. Booker, ___, U.S. ___, 125 S.Ct. 738 (2005), because the court calculated his base offense level relying on matters not found true by a jury or admitted by the defendant during the change of plea proceedings.

Petitioner is not entitled to relief. Booker is not retroactive to cases on collateral review. See Varela v. United States, 400 F.3d 864, 868 (11th Cir. 2005); Humphress v. United

1

States, 398 F.3d 855, 860-863 (6th Cir. 2005); <u>McReynolds v. United States</u>, 397 F.3d 479, 480-481 (7th Cir. 2005); <u>Guzman v. United States</u>, 404 F.3d 139, 144 (2nd Cir. 2005); see also <u>Schardt v. Payne</u>, ___ F.3d ___, 2005 WL 1593468 (9th Cir. July 8, 2005)(<u>Blakely v. Washington</u> does not apply retroactively to convictions that became final prior to its publication).

ACCORDINGLY:

1.  Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is denied.

2.  The Clerk is directed to enter judgment for defendant.

IT IS SO ORDERED.

**Dated:  July 11, 2005**            /s/ Robert E. Coyle
668554                              UNITED STATES DISTRICT JUDGE